IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IN RE THE MATTER OF | ) | Case No. 04-23118-DRD-7 |
| KYLE DAVID EMMONS, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| KYLE DAVID EMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. 05-2056-DRD |
| | ) | |
| v. | ) | |
| | ) | |
| KIM MELINDA EMMONS | ) | |
| (N/k/a KIM MELINDA WEBB) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is hereby

ORDERED that, subject to the condition set forth below, Webb's Motion to Set Aside

Default Judgment is granted.  It is further

ORDERED that the Court conditions its Order setting aside the Default Judgment on

there being no further prosecution in state court of any claims related to college tuition costs

under the Dissolution Judgment and no enforcement of any previously entered order until a

final order on the complaint is entered in this adversary.

SO ORDERED this 23rd day of June, 2006.

/s/ Dennis R. Dow
THE HONORABLE DENNIS R. DOW
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Gwen Froeschner Hart
J. Brian Baehr